### No. 4.

#### ANDREW *against* CONRO. *Franklin*, 1816.

IT appeared that the declaration complained of an assault and battery on personal property; there was a plea of not guilty, to the assault and battery, and issue closed to the Jury thereon; there was a farther plea in bar, justifying the trespass upon the property, to which there was a replication of de injura, &c. concluded to the country, to this there was a special demurrer and joinder.

The record shewed no trial of the issue of fact and no other judgment, except in these words: "Damages $53; Cost $37,58;

agreed to." A plea in abatement to the writ of error, alledging that there was no *judgment*. Replication : There was a judgment and execution for the said sum of $53 damages, $37,58 costs. Demurrer.

The Court decided. There was error in the record and judgment of the County Court, and that the same be set aside, &c. and the cause continued for this Court to render such judgment as the County Court ought to have rendered.